UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. ANDRES,<br><br>        Defendant. | No. 2:18-cv-0822 AC P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed August 5, 2019, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 21. That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. <u>Id.</u> at 2. Defendant has now filed a notice stating that he is opting out of the Post-Screening ADR Project and requesting that the court re-set his deadline to respond to the complaint. ECF No. 22. Defendant's notice will be construed as a request, and the request will be granted.[1]

---

[1] Counsel for defendant is advised that in the future, they must move to opt out of the Post-Screening ADR Project, and any such motions should affirm that counsel has taken the steps outlined in the order referring the case to the Post-Screening ADR Project and give a reason for the decision to opt out.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 22) is GRANTED.

2. The stay of this action, commencing August 5, 2019 (ECF No. 21), is LIFTED.

3. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

DATED: August 23, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE