UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE, | No. 2:18-cv-0822 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. ANDRES, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for sanctions and to find defendant in contempt. ECF No. 60.

By order filed March 26, 2020, the undersigned granted defendant's request to extend the dispositive motion deadline to April 24, 2020. ECF No. 54. Defendant then moved to extend the deadline an additional five days, up to April 29, 2020. ECF No. 55. On April 27, 2020, the court granted plaintiff's motion to compel and vacated the dispositive motion deadline. ECF No. 56 at 6-7. The motion for an extension of time was accordingly denied as moot, and the dispositive motion deadline was to be re-set upon resolution of the discovery matter. Id. at 7. Defendant filed a motion for summary judgment two days later. ECF No. 57. That motion was vacated, and defendant was advised that he could file a motion for summary judgment after discovery was fully resolved and a new dispositive motion deadline was set. ECF No. 58.

////

1

Plaintiff now argues that defendant disregarded a court order when he filed a motion for summary judgment after the extended deadline of April 24, 2020, and after the dispositive motion deadline was vacated. ECF No. 59. He claims that defendant's only purpose was to harass him and retaliate against him for filing a motion to compel. Id. at 6-8. Plaintiff asks that the court sanction defendant by prohibiting him from filing another motion for summary judgment, holding him in contempt, and issuing a fine. Id. at 12.

Although the dispositive motion deadline was vacated, defendant was not prohibited from filing a motion for summary judgment and therefore did not violate a court order. Furthermore, defendant is entitled to seek summary judgment if he believes it is appropriate and will be given that opportunity to do so once the discovery matter is fully resolved.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions and to find defendant in contempt (ECF No. 60) is denied.

DATED: May 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE