UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DEREK TATE, | No. 2:18-cv-0822 KJM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| J. ANDRES, | |
| Defendant. | |

By order filed April 27, 2020, the court vacated the dispositive motions deadline to be re-set after the pending discovery matters had been resolved. ECF No. 56. All outstanding discovery matters have now been resolved, and new deadline will be set.

Accordingly, IT IS HEREBY ORDERED that the parties may file dispositive motions within thirty days of the service of this order.

DATED: July 30, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE