1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEREK TATE,                                No.  2:18-cv-0822 KJM AC P

12                  Plaintiff,

13          v.                                  ORDER

14   J. ANDRES,

15                  Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action pursuant to 42 U.S.C. § 1983.  Defendant moved for partial summary judgment and sought

19   dismissal of plaintiff's retaliation claim.  ECF No. 72.  The motion was granted, and plaintiff's

20   retaliation claim has been dismissed.  ECF No. 89.  This case is therefore ready to proceed to trial

21   on plaintiff's excessive force claim.  Id.  However, the court has determined that this case would

22   benefit from a settlement conference before pretrial and trial dates are set.  Therefore, this case

23   will be scheduled for a settlement conference.  Under Local Rule 270(b), because the undersigned

24   is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the

25   time the settlement conference is scheduled or as otherwise ordered by the Court, any party may

26   request that the conference not be conducted by the assigned Magistrate Judge."

27   ////

28   ////

                                                  1

1       Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this

2  order, any party may request that the settlement conference be conducted by a magistrate judge

3  other than the undersigned.  If no party requests a different magistrate judge, a settlement

4  conference will be scheduled before the undersigned.

5  DATED: September 1, 2022

6

7  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE