UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE,<br><br>            Plaintiff,<br><br>     v.<br><br>J. ANDRES,<br><br>            Defendant. | No.  2:18-cv-0822 KJM AC P<br><br><br>ORDER |

On October 11, 2022, this case was scheduled for a settlement conference before the undersigned.  ECF No. 97.  The parties were ordered to submit their confidential settlement conference statements to via email at least seven days prior to the conference.  Id.  Plaintiff has now responded that he lacks email access due to his incarceration.  ECF No. 101.  Plaintiff is advised that he may submit his settlement conference statement by placing it in the U.S. mail addressed Attn: Magistrate Judge Allison Claire, United States District Court, 501 I Street, Sacramento, CA 95814.  The envelope shall be marked "SETTLEMENT STATEMENT" and the statement should be mailed so that it is received by the court at least seven days before the settlement conference.

        IT IS SO ORDERED.

DATED: December 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE